# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

Plaintiff,

v.

KS AVIATION, INC. d/b/a SIERRA
ACADEMY OF AERONAUTICS and XING
KONG AVIATION SERVICE, LLC,

Defendants.

_____/

Case No.  1:18-cv-00744-LJO-SKO

ORDER STAYING THE CASE AND
EXTENDING SCHEDULING ORDER
DEADLINES

(Doc. 67)

### ORDER

On October 24, 2019, the parties filed a "Joint Statement Regarding Settlement
Negotiations" and "Stipulation to Stay the Action for Pursuit of Settlement."  (Doc. 67.)  The
parties represent that they engaged in productive in-person settlement negotiations on October 22,
2019, and have a second meeting scheduled for October 30, 2019, at which counsel for the parties
will review and/or finalize a proposed consent decree.  (*Id.* at 1–2.)  The parties request that the
Court stay the case for 60 days and extend all the dates in the scheduling order accordingly, so that
the parties may attempt to settle the case.  (*Id.* at 2.)  The Court finds good cause to stay the case
for 60 days, and to extend the scheduling order dates, but not to the extent requested by the parties.
Instead, the Court will extend the scheduling order dates as set forth below.

Based on the foregoing and for good cause shown, the Court GRANTS IN PART the parties' request. IT IS HEREBY ORDERED that:

1. The case is STAYED until December 27, 2019. **By no later than December 27, 2019**, the parties SHALL file either (1) a notice of settlement or (2) a joint status report on the status of settlement negotiations and the status of the case.

2. The scheduling order dates are MODIFIED[1] as follows:

    a. The expert discovery deadline is extended to January 10, 2020.

    b. The non-dispositive motions filing deadline is extended to January 17, 2020.

    c. The non-dispositive motions hearing deadline is extended to February 19, 2020.

    d. The dispositive motions filing deadline is extended to February 26, 2020.

    e. The dispositive motions hearing deadline is extended to April 8, 2020.

    f. The pretrial conference is continued to June 3, 2020.

    g. The trial date is continued to July 28, 2020.

IT IS SO ORDERED.

Dated: __**October 29, 2019**__        /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE

---

[1] The Court will re-set the settlement conference, if appropriate, upon receipt of the parties' joint status report on the status of settlement negotiations. The telephonic pre-settlement conference currently set for November 8, 2019, is VACATED.

2